**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------- x
DENNIS SUMLIN, on behalf of himself and all others similarly situated,

               Plaintiff,

               v.

Citarella Operating LLC,

               Defendant.

----------------------------------- x

Case no. 1:24cv9432

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with no award of attorneys' fees or costs to any party.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and any photocopy, facsimile, or electronic signatures shall bear the same weight as original signatures.

Dated: February 18, 2025

_/s/ Asher Cohen_
Asher H. Cohen, Esq.
Equal Access Law Group PLLC
68-29 Main Street
Flushing, NY 11367
T: 718-914-9694
E: acohen@ealg.law
*Attorney for Plaintiff*

*/s/ Gregory C. Brown, Jr.*
Gregory C. Brown, Jr.
Jackson Lewis P.C.
666 Third Avenue 29th Floor
New York, NY 10017
T: 212-545-4000
E: Gregory.Brown@jacksonlewis.com
*Counsel for Defendant*